COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-180-CV

STERLING DAVIS, INC.
 
APPELLANT

V.

STANDARD MEAT COMPANY, L.P.
 APPELLEE

 
 

----------

FROM THE 236TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal with prejudice.  
See
 
Tex. R. App. P.
 42.1(a)(2), 43.2(f).

Costs of the appeal shall be paid by appellant
, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL:  MEIER, DAUPHINOT, and GARDNER, JJ.  

DELIVERED:  February 12, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.